THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tyco Tyrone
 Jacobs, Appellant.
 
 
 
 
 

Appeal From Horry County
Kristi Lea Harrington, Circuit Court Judge

Unpublished Opinion No. 2010-UP-081
 Submitted January 4, 2010  Filed February
2, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and  Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; and Solicitor John Gregory Hembree,
 of Conway, for Respondent.
 
 
 

PER CURIAM: Tyco
 Tyrone Jacobs appeals his sentence of thirty years for murder.  Jacobs contends
 the trial court erred by failing to grant a directed verdict on the murder
 charge.  After a thorough
 review of the record, and counsel's brief,  pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.